UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

|  |  |
|---|---|
| BOBBI A. RITCHIE, | : |
|  | : CASE NO. 1:14-CV-01517 |
| Plaintiff, | : |
|  | : |
| v. | : OPINION & ORDER |
|  | : [Resolving Docs. 1, 20] |
| COMMISSIONER OF SOCIAL | : |
| SECURITY ADMINISTRATION, | : |
|  | : |
| Defendant. | : |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On June 29, 2015, Magistrate Judge George J. Limbert recommended that the Court reverse the Commissioner's denial of Plaintiff Ritchie's application for disability insurance benefits and supplemental security income and remand this case for further proceedings.[1] Defendant Commissioner of Social Security has filed notice that it will not object to this report and recommendation.[2] The Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **REVERSES** the Commissioner's decision, and **REMANDS** the case for further proceedings.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[3] Absent objection, a district court may adopt the Magistrate Judge's report without review.[4]

---

[1] Doc. 20.
[2] Doc. 22.
[3] 28 U.S.C. § 636(b)(1).
[4] *Thomas*, 474 U.S. at 149.

Case No. 1:14-CV-01517
Gwin, J.

Moreover, having conducted its own review of the complaint[5] and briefing,[6] the Court agrees with the conclusions of the Magistrate Judge.

Accordingly, the Court **ADOPTS** Magistrate Judge Limbert's findings of fact and conclusions of law and incorporates them fully herein by reference. The Court **REVERSES** the Commissioner's decision and **REMANDS** this case for further proceedings.

IT IS SO ORDERED.

Dated: July 21, 2015               s/      *James S. Gwin*
                                   JAMES S. GWIN
                                   UNITED STATES DISTRICT JUDGE

---

[5] Doc. 1.

[6] Doc. 15 (Plaintiff Ritchie's brief); Doc. 18 (Commissioner's brief); Doc. 19 (Plaintiff Ritchie's reply brief).